**Walter Columbus SIMMONS,
Plaintiff–Appellant,**

v.

**Lt. Randy SHELTON, Jail Admin-
istrator; Officer Martin, De-
fendants–Appellees.**

No. 13–7751.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 21, 2014.

Decided: Jan. 24, 2014.

Walter Columbus Simmons, Appellant Pro Se.

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter Columbus Simmons appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Simmons v. Shelton,* No. 1:13–cv–00567–WO–JLW, 2013 WL 5739060 (M.D.N.C. Oct. 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*